```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 19-01866-RNO
Patrick Thomas Kennedy                                          Chapter 13
Marie Ann Kennedy
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson             Page 1 of 2          Date Rcvd: Jul 17, 2019
                              Form ID: ntcnfhrg         Total Noticed: 46
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
```
db/jdb         Patrick Thomas Kennedy,    Marie Ann Kennedy,    32 North St,    Plymouth, PA  18651-1504
cr            +Wyoming Valley West Community Federal Credit Union,   109 Gateway Shopping Center,
                Edwardsville, PA 18704-4403
5192919       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX  79998-2238)
5204824       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5213352        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5192921        Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
5192922        Citicards Cbna,    PO Box 6217,    Sioux Falls, SD  57117-6217
5204129       +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
5205841       +John Fisher, Esquire,    126 South Main Street,    Pittston, PA 18640-1741
5192917        Kennedy Marie Ann,    32 North St,    Plymouth, PA  18651-1504
5192916        Kennedy Patrick Thomas,    32 North St,    Plymouth, PA  18651-1504
5192918        Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA  18701-1708
5192928        Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL  35901-4173
5192930        Sears/Cbna,    PO Box 6283,    Sioux Falls, SD  57117-6283
5192931        Sunoco/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5192935        Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN  55440-0673
5192936        Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5212958        U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                St. Louis MO 63166-0108
5192926       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,    PO Box 790084,
                Saint Louis, MO  63179-0084)
5192938       +Wayne Bank,    717 Main St,    Honesdale, PA 18431-1880
5192939        Wells Fargo,    PO Box 51193,    Los Angeles, CA  90051-5493
5213045       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
5216160        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
5192940        Wells Fargo Dealer Svc,    PO Box 1697,    Winterville, NC  28590-1697
5192941        Wilkes-Barre General Hospital,    575 N River St,    Wilkes Barre, PA  18764-0999
5204968       +Wilkes-Barre General Hospital,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
5192942        Wvw Community Fcu,    109 Gateway Shopping Ctr,    Edwardsville, PA  18704-4403
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 19:25:44
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5203822        E-mail/Text: Bankruptcy@absoluteresolutions.com Jul 17 2019 19:18:04
                Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
5192920        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2019 19:25:42
                Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA   23238-1119
5199595        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2019 19:25:08
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
5192923        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2019 19:19:41     Comenity Bank/Roamans,
                PO Box 182789,    Columbus, OH  43218-2789
5192924        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2019 19:19:41     Comenitybank/chrisbank,
                PO Box 182789,    Columbus, OH  43218-2789
5194626        E-mail/Text: mrdiscen@discover.com Jul 17 2019 19:18:59     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5192925        E-mail/Text: mrdiscen@discover.com Jul 17 2019 19:18:59     Discover Fin Svcs LLC,
                PO Box 15316,    Wilmington, DE  19850-5316
5192927       ++E-mail/Text: bncnotices@becket-lee.com Jul 17 2019 19:19:34     Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5198841        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2019 19:24:46     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5219731        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 19:25:45
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5216769        E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2019 19:19:47
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5192929        E-mail/Text: bankruptcyteam@quickenloans.com Jul 17 2019 19:20:02     Quicken Loans,
                1050 Woodward Ave,    Detroit, MI  48226-1906
5213185       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 17 2019 19:20:02     Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
5192932        E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 19:25:06     Syncb/amazon,    PO Box 965015,
                Orlando, FL  32896-5015
5192933        E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 19:25:38     Syncb/lowes,    PO Box 956005,
                Orlando, FL  32801
5192934        E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 19:25:06     Syncb/paypal Extras Mc,
                PO Box 965005,    Orlando, FL  32896-5005
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5193466         +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 19:25:38      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5220238         +E-mail/Text: bncmail@w-legal.com Jul 17 2019 19:19:59      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5204975*        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5204976*        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5217906*        +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
5203969*       ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  U.S. Bank National Association,    Bankruptcy Department,
                  PO Box 108,   St. Louis MO 63166-0108)
5192937*       ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  US Bk Rms Cc,   PO Box 108,    Saint Louis, MO  63166-0108)
                                                                                  TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Patrick Thomas Kennedy MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 2 Marie Ann Kennedy MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              John Fisher    on behalf of Creditor   Wyoming Valley West Community Federal Credit Union
               johnvfisher@yahoo.com,    fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Patrick Thomas Kennedy,<br>aka Patrick Kennedy, aka Patrick T. Kennedy, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19−bk−01866−RNO |
| Marie Ann Kennedy,<br>aka Marie A. Kennedy, aka Marie Kennedy, | | |
| **Debtor 2** | | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **August 14, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US<br>Courthouse, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: August 21, 2019<br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 17, 2019 |

ntcnfhrg (03/18)