**Fill in this information to identify the case:**

Debtor 1: Marie Ann Kennedy

Debtor 2: Patrick Thomas Kennedy
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number: 19-01866 MJC

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no. (if known):** 18

**Last 4 digits** of any number you use to identify the debtor's account: 8508

**Property address:**
32 North Street
Plymouth, PA 18651-1504

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 08 / 01 / 2024

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:    (a)   $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b)   $ _____
c. **Total.** Add lines a and b.    (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Document ID: 23b22dc9bdae52c47573b208fd05e7b4e649597f8d7abde834682c16be84102e4

Case 5:19-bk-01866-MJC    Doc 41    Filed 07/16/24    Entered 07/16/24 06:30:53    Desc
Main Document    Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ Brent J. Lemon         Date   07/15/2024

PA Middle BK
15 Jul 2024, 16:51:09, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Marie Ann Kennedy aka Marie A. Kennedy aka Marie Kennedy** <br> **Patrick Thomas Kennedy aka Patrick Kennedy aka Patrick T. Kennedy** <br> Debtor(s) <br><br> **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.** <br> Movant <br> vs. <br><br> **Marie Ann Kennedy aka Marie A. Kennedy aka Marie Kennedy** <br> **Patrick Thomas Kennedy aka Patrick Kennedy aka Patrick T. Kennedy** <br> Debtor(s) <br><br> **Jack N. Zaharopoulos**, <br> Trustee | **BK NO. 19-01866 MJC** <br><br> **Chapter 13** <br><br> **Related to Claim No. 18** |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 16, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Marie Ann Kennedy aka Marie A. Kennedy aka Marie Kennedy
32 North Street
Plymouth, PA 18651-1504

Patrick Thomas Kennedy aka Patrick Kennedy aka Patrick T. Kennedy
32 North Street
Plymouth, PA 18651-1504

Attorney for Debtor(s) (via ECF)
Jason Paul Provinzano
Law Offices of Jason P. Provinzano, LLC
16 West Northampton Street
Wilkes Barre, PA 18701

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: July 16, 2024

    */s/ Brent J. Lemon*
    Brent J. Lemon
    Attorney I.D.
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    215-627-1322
    blemon@kmllawgroup.com