Certificate Number: 17572-PAM-DE-038687649

Bankruptcy Case Number: 19-01866



17572-PAM-DE-038687649

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 21, 2024, at 6:10 o'clock PM PDT, Patrick T Kennedy completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 21, 2024  By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor