United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-01866-MJC
Patrick Thomas Kennedy  Chapter 13
Marie Ann Kennedy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Jul 23, 2024     Form ID: 3180W     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Patrick Thomas Kennedy, Marie Ann Kennedy, 32 North St, Plymouth, PA 18651-1504 |
| cr | + | Wyoming Valley West Community Federal Credit Union, 109 Gateway Shopping Center, Edwardsville, PA 18704-4403 |
| 5205841 | + | John Fisher, Esquire, 126 South Main Street, Pittston, PA 18640-1739 |
| 5192917 | | Kennedy Marie Ann, 32 North St, Plymouth, PA 18651-1504 |
| 5192916 | | Kennedy Patrick Thomas, 32 North St, Plymouth, PA 18651-1504 |
| 5192938 | + | Wayne Bank, 717 Main St, Honesdale, PA 18431-1880 |
| 5192941 | | Wilkes-Barre General Hospital, 575 N River St, Wilkes Barre, PA 18764-0999 |
| 5192942 | | Wvw Community Fcu, 109 Gateway Shopping Ctr, Edwardsville, PA 18704-4403 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jul 23 2024 22:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: WFFC2 | Jul 23 2024 22:35:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, RALEIGH, NC 27605-1000 |
| 5203822 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 23 2024 18:36:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5192919 | | EDI: BANKAMER | Jul 23 2024 22:35:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5204824 | + | EDI: BANKAMER2 | Jul 23 2024 22:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5192920 | | EDI: CAPITALONE.COM | Jul 23 2024 22:35:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 5199595 | | EDI: CAPITALONE.COM | Jul 23 2024 22:35:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5213352 | | Email/PDF: bncnotices@becket-lee.com | Jul 23 2024 18:46:01 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5192922 | | EDI: CITICORP | Jul 23 2024 22:35:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5192923 | | EDI: WFNNB.COM | Jul 23 2024 22:35:00 | Comenity Bank/Roamans, PO Box 182789, Columbus, OH 43218-2789 |
| 5192924 | | EDI: WFNNB.COM | Jul 23 2024 22:35:00 | Comenitybank/chrisbank, PO Box 182789, Columbus, OH 43218-2789 |
| 5194626 | | EDI: DISCOVER | Jul 23 2024 22:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5192925 | | EDI: DISCOVER | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 23 2024 22:35:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5192921 | | EDI: JPMORGANCHASE | | |
| | | | Jul 23 2024 22:35:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 5204129 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jul 23 2024 18:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5192927 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jul 23 2024 18:36:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 5198841 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 23 2024 18:46:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5192918 | | Email/Text: mylawyer@jpplaw.com | | |
| | | | Jul 23 2024 18:36:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5192928 | | Email/Text: MDSBankruptcies@meddatsys.com | | |
| | | | Jul 23 2024 18:36:00 | Medical Data Systems I, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5219731 | | EDI: PRA.COM | | |
| | | | Jul 23 2024 22:35:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5216769 | | EDI: Q3G.COM | | |
| | | | Jul 23 2024 22:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5192929 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jul 23 2024 18:36:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5213185 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jul 23 2024 18:36:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5192930 | | EDI: CITICORP | | |
| | | | Jul 23 2024 22:35:00 | Sears/Cbna, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 5192931 | | EDI: CITICORP | | |
| | | | Jul 23 2024 22:35:00 | Sunoco/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5192932 | | EDI: SYNC | | |
| | | | Jul 23 2024 22:35:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5192933 | | EDI: SYNC | | |
| | | | Jul 23 2024 22:35:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5192934 | | EDI: SYNC | | |
| | | | Jul 23 2024 22:35:00 | Syncb/paypal Extras Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 5193466 | + | EDI: AIS.COM | | |
| | | | Jul 23 2024 22:35:00 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5220238 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jul 23 2024 18:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5192935 | | EDI: WTRRNBANK.COM | | |
| | | | Jul 23 2024 22:35:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 5192936 | | EDI: CITICORP | | |
| | | | Jul 23 2024 22:35:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5212958 | | EDI: USBANKARS.COM | | |
| | | | Jul 23 2024 22:35:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 5192926 | | EDI: USBANKARS.COM | | |
| | | | Jul 23 2024 22:35:00 | Elan Financial Service, PO Box 790084, Saint Louis, MO 63179-0084 |
| 5203969 | | EDI: USBANKARS.COM | | |
| | | | Jul 23 2024 22:35:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 5192937 | | EDI: USBANKARS.COM | | |
| | | | Jul 23 2024 22:35:00 | US Bk Rms Cc, PO Box 108, Saint Louis, MO 63166-0108 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5192939 | | EDI: WFFC2 | Jul 23 2024 22:35:00 | Wells Fargo, PO Box 51193, Los Angeles, CA 90051-5493 |
| 5213045 | + | EDI: WFFC2 | Jul 23 2024 22:35:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5216160 | | EDI: WFFC2 | Jul 23 2024 22:35:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5192940 | | EDI: WFFC2 | Jul 23 2024 22:35:00 | Wells Fargo Dealer Svc, PO Box 1697, Winterville, NC 28590-1697 |
| 5204968 | + | Email/Text: pasi_bankruptcy@chs.net | Jul 23 2024 18:36:00 | Wilkes-Barre General Hospital, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5204975 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5204976 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5217906 | *+ | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 25, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Patrick Thomas Kennedy MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |

| | |
|---|---|
| Jason Paul Provinzano | on behalf of Debtor 2 Marie Ann Kennedy MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| John Fisher | on behalf of Creditor Wyoming Valley West Community Federal Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Patrick Thomas Kennedy<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2381<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Marie Ann Kennedy<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1355<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–01866–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patrick Thomas Kennedy
aka Patrick Kennedy, aka Patrick T. Kennedy

Marie Ann Kennedy
aka Marie A. Kennedy, aka Marie Kennedy

**By the court:**

7/23/24

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W            **Chapter 13 Discharge**            page 2