IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marie Ann Kennedy aka Marie A. Kennedy aka Marie Kennedy<br>Patrick Thomas Kennedy aka Patrick Kennedy aka Patrick T. Kennedy<br>Debtor(s) | BK NO. 19-01866 MJC<br><br>Chapter 13<br><br>Related to Claim No. 18 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>Movant<br>vs.<br><br>Marie Ann Kennedy aka Marie A. Kennedy aka Marie Kennedy<br>Patrick Thomas Kennedy aka Patrick Kennedy aka Patrick T. Kennedy<br>Debtor(s)<br><br>Jack N. Zaharopoulos,<br>Trustee | |

**CERTIFICATE OF SERVICE
NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 26, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Marie Ann Kennedy aka Marie A. Kennedy aka Marie Kennedy
32 North Street
Plymouth, PA 18651-1504

Patrick Thomas Kennedy aka Patrick Kennedy aka Patrick T. Kennedy
32 North Street
Plymouth, PA 18651-1504

Attorney for Debtor(s)
Jason Paul Provinzano
Law Offices of Jason P. Provinzano, LLC
16 West Northampton Street (VIA ECF)
Wilkes Barre, PA 18701

Trustee
Jack N. Zaharopoulos
8125 Adams Drive (VIA ECF)
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: October 26, 2022

**/s/Michael P. Farrington, Esq.**
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com